```
ROSENFELD & SAWYER
ALLEN SAWYER SBN 173565
555 Capitol Mall, Suite 1245
Sacramento, CA 95814
Telephone;(916) 447-2070
Fax: (800) 968-0650

Attorneys for Defendant
AMANDEEP MULTANI
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>  vs.<br><br>AMANDEEP MULTANI,<br><br>             Defendant. | Case No. 2:21-cr-00078 JAM-3<br><br>**NOTICE OF REQUEST AND REQUEST TO SEAL DOCUMENTS AND ORDER THEREON**<br><br>**(U.S.D.C. LOCAL RULES 141)** |

TO: **THE HONORABLE JEREMY D. PETERSON, UNITED STATES MAGISTRATE JUDGE AND TO THE UNITED STATES ATTORNEY'S OFFICE, BY AND THROUGH ITS REPRESENTATIVE DAVID SPENCER, ASSISTANT UNITED STATES ATTORNEY, AND TO UNITED STATES PRETRIAL SERVICES OFFICER ALICIA MIRGAIN:**

Defendant Amandeep Multani by and through his counsel Allen Sawyer, hereby request that the exhibits used in Mr. Multani's **SUPPLEMENTAL TO RENEWED MOTION TO RELEASE DEFENDANT ON BOND** be filed under seal. The basis for this request is that the exhibits contain confidential information such as addresses, foreign court judgments, and other business records.

The names permitted to have access to this document shall be the Office of the United States Attorney, as well as the United States Pretrial Office.

Respectfully submitted,

Dated: May 5, 2021                    By:      /s/N. Allen Sawyer
                                              N. Allen Sawyer
                                              ROSENFELD & SAWYER
                                              ALLEN SAWYER SBN 173565
                                              555 Capitol Mall, Suite 1245
                                              Sacramento, CA 95814
                                              Telephone;(916) 447-2070
                                              Fax: (800) 968-0650

************************

# ~~PROPOSED~~ ORDER

Good cause appearing, IT IS SO ORDERED that the Exhibits in the SUPPLEMENTAL TO RENEWED MOTION TO RELEASE DEFENDANT ON BOND be filed under seal.

DATED: May 13, 2021

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE