1  ROSENFELD & SAWYER
   ALLEN SAWYER SBN 173565
2  555 Capitol Mall, Suite 1245
   Sacramento, CA 95814
3  Telephone;(916) 447-2070
   Fax: (800) 968-0650
4
5  Attorneys for Defendant
   AMANDEEP MULTANI
6

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 2:21-CR-00078 JAM-3 |
| vs. | ) |
| AMANDEEP MULTANI, | ) **NOTICE OF REQUEST AND REQUEST TO SEAL DOCUMENTS AND ORDER THEREON** |
| Defendant. | ) **(U.S.D.C. LOCAL RULES 141)** |

**TO:  THE HONORABLE JEREMY D. PETERSON, UNITED STATES MAGISTRATE JUDGE AND TO THE UNITED STATES ATTORNEY'S OFFICE, BY AND THROUGH ITS REPRESENTATIVE DAVID SPENCER, ASSISTANT UNITED STATES ATTORNEY, AND TO UNITED STATES PRETRIAL SERVICES OFFICER ALI MIRGAIN:**

Defendant Amandeep Multani by and through his counsel Allen Sawyer, hereby request that the exhibits used in Mr. Multani's Renewed Motion for Bond be filed under seal. The basis for this request is that the exhibits contain confidential information such as addresses, bank account numbers, and other business and financial records.

The names permitted to have access to this document shall be the Office of the United States Attorney, as well as the United States Pretrial Office.

- 1 -
NOTICE OF REQUEST AND REQUEST TO SEAL DOCUMENTS AND ORDER THEREON

Respectfully submitted,

Dated: April 25, 2021    By:    /s/N. Allen Sawyer
N. Allen Sawyer
ROSENFELD & SAWYER
ALLEN SAWYER SBN 173565
555 Capitol Mall, Suite 1245
Sacramento, CA 95814
Telephone;(916) 447-2070
Fax: (800) 968-0650

**************************

# ~~PROPOSED~~ ORDER

Good cause appearing, IT IS SO ORDERED that the Motion for Bond Exhibits be filed under seal.

DATED: May 13, 2021

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE