# Memorandum

United States Attorney's Office
Eastern District of California



| Subject: | *United States v. Amandeep Multani,* 2:21-cr-0078-JAM | Date: | **September 17, 2024** |
|---|---|---|---|
| To: | **M York, Courtroom Deputy to the Honorable John A. Mendez** | From: | **David W. Spencer, AUSA** U.S. Attorney's Office Eastern District of California |

    The Court is advised that counsel has conferred regarding this request, that they have agreed to vacate the current date scheduled for the Status re: Judgment and Sentencing of September 24, 2024, and continue the case to November 19, 2024, for a Status re: Judgment and Sentencing.  The parties have conferred with the assigned Probation Officer, Janice Slusarenko, who is also in agreement with this request.

    The parties request the continuance for the purpose of allowing the parties sufficient time for investigation bearing on sentencing.  The parties request to set this matter for a <u>Status re: Judgment and Sentencing</u> so that, following the necessary investigation, an appropriate PSR disclosure schedule can be considered and set at the next hearing.

cc:  N. Allen Sawyer, defense counsel
      Janice Slusarenko, U.S. Probation