1  ERIC GRANT
   United States Attorney
2  DAVID W. SPENCER
   HADDY ABOUZEID
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile:  (916) 554-2900
6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT
9                EASTERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,              CASE NO. 2:21-cr-00078-JAM-3

12              Plaintiff,                **ORDER SEALING DOCUMENTS AS SET
                                          FORTH IN GOVERNMENT'S NOTICE**
13      v.

14 AMANDEEP MULTANI,

15              Defendant.

16

17     Pursuant to Local Rule 141(b) and based upon the representation contained in the government's

18 Request to Seal, IT IS HEREBY ORDERED that the four-page document pertaining to defendant

19 Multani, and the government's Request to Seal, shall be **SEALED** until further order of this Court.

20     It is further ordered that access to the sealed documents shall be limited to the government and

21 counsel for the defendant.

22     The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court*

23 *for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in

24 the government's request, sealing these documents serves a compelling interest. The Court further finds

25 that, in the absence of closure, the compelling interests identified by the government would be harmed.

26 In light of the public filing of its request to seal, the Court further finds that there are no additional

27 / / /

28 / / /

alternatives to sealing these documents that would adequately protect the compelling interests identified by the government.

Dated:  December 02, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE