UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
December 09, 2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

AMANDEEP MULTANI,

    Defendant.

Case No. 2:21-cr-00078-JAM-3

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  AMANDEEP MULTANI , Case No. 2:21-cr-00078-JAM-3 , Charge 21 U.S.C. §§ 846 and 841(a)(1), from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

    _____ Unsecured Appearance Bond $ _____

    _____ Appearance Bond with 10% Deposit

    _____ Appearance Bond with Surety

    _____ Corporate Surety Bail Bond

    __X__ (Other): **TIME SERVED.**

Dated: December 09, 2025

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE